UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACKIE WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security[1],<br><br>　　　　　　　Defendant. | Case No. C12-1800-TSZ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Jackie Williams seeks review of the denial of her Supplemental Security Income and Disability Insurance Benefits applications. The parties stipulate the case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 20.

The Court has considered the parties' stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will:

- Re-assess the medical opinions of Dr. Washburn and Mr. Suarez, providing the

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. Therefore, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Commissioner Michael J. Astrue as the defendant in this suit.

REPORT AND RECOMMENDATION - 1

weight that was accorded to each opinion, or if rejecting the opinions, provide proper reasons for doing so in accordance with Social Security Rulings 96-2p and 06-3p; and

- Re-assess plaintiff's mental and physical residual functional capacity ("RFC"), and obtain supplemental vocational expert testimony to assist in determining what jobs exist for the claimant given her age, education, vocational factors and maximum RFC.

The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Thomas S. Zilly immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 5th day of March, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2